

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel M. Soares

Civil Action No.  17-cv-2478-CAB-RBB

**Plaintiff,**

**V.**

Bonnie Dumanis, District Attorney; Jesus
Rodriguez, Assistant District Attorney;
Rick Clabby, Deputy District Attorney;
Summer Stephan, District Attorney

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses Plaintiff's Complaint for failure to state a claim upon which § 1983 relief can
granted and for seeking monetary damages from immune defendants pursuant to 28 U.S.C. §§ 1915(e)
(2)(B)(ii), and Denies leave to amend as futile. Certifies that an IFP appeal from this Order would be
frivolous, and therefore not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**Date:**        2/21/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Gutierrez

J. Gutierrez, Deputy